AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**LILY NELL WARREN**
DOB: x/xx/xx
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **NOVEMBER 17, 2005** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**by intimidation, attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of Wachovia Bank, the deposits of which were the insured by the Federal Deposits Insurance Corporation.**

in violation of Title **18** United States Code, Section(s) **2113(a)**.

I further state that I am **SPECIAL AGENT FREDERICK R. SCHMIED**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**S/A FREDERICK R. SCHMIED**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at   **Washington, D.C.**
Date                                                                City and State

_____          _____
Name & Title of Judicial Officer                   Signature of Judicial Officer