AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
LILY NELL WARREN, DOB xx-xx-xxxx

I, FREDERICK R. SCHMIED, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, U.S. Code.

2. I have been a Special Agent with the FBI since 1994. I have been assigned to the Bank Robbery Squad since January of 2004, and have responded to approximately 70 bank robberies, per year, during that time. As part of my duties I have been assigned to investigate a robbery that occurred on November 17, 2005, at the Wachovia Bank located at 1300 I Street, N.W., Washington, D.C. I have investigated robberies at Wachovia bank branches in the past, and I am aware that Wachovia deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

3. The information contained in this affidavit was obtained by me and other law enforcement officers. This affidavit is in support of a complaint charging LILY WARREN with attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a). The facts and information contained in this affidavit are based on my personal knowledge, witness interviews, and my review of documents, and materials containing the observations of others involved in this investigation. This affidavit contains information necessary to support probable cause, and is not intended to include each and every fact and matter observed by me or known to the government.

4. On November 17, 2005, a lone white female walked into the Wachovia Bank located at 1300 I Street, N.W., Washington, D.C. at just before 3:00 p.m. and passed a note to the victim teller that said, "Give me $75,000. I have a gun." The note was written on a deposit slip. The teller pretended that she was preparing to comply, but at the same time, she was activating a silent security alarm. As she stalled for time, the victim teller asked the defendant, "would you like to make a deposit?" to which the defendant responded, "you know what I want; it's on the note." Before the victim teller could comply, a uniformed officer of the Metropolitan Police Department arrived at the bank, and was told by the victim teller that the defendant –- who the teller identified while the defendant was still standing at her window -- was attempting to rob the bank. The victim teller then gave the demand note to the police officer.

5. When FBI agents arrived at the scene of the bank, the victim teller repeated her positive identification of LILY WARREN as the person who attempted to rob the bank.

6. Based on the above listed facts and circumstances, your affiant respectfully submits that there is probable cause to believe that LILY WARREN attempted to rob the Wachovia Bank at 1300 I Street N.W., Washington, D.C., on November 17, 2005, in violation of Title 18, United States Code, Section 2113(a), and requests an arrest warrant for that offense.

7. Based on the above information, I believe probable cause exists to conclude that LILY WARREN, by intimidation, did attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of Wachovia Bank, the

deposits of which were then insured by the Federal Deposits Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

                                                  _____
                                                  Frederick R. Schmied
                                                  Special Agent
                                                  Federal Bureau of Investigation

Subscribed and sworn to before me this ___ day of November, 2005.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE