IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>LILY WARREN  )<br>) | No. 05-621M (AK) |

**DEFENDANT'S UNOPPOSED MOTION FOR TRANSFER**

  Pursuant to the oral motion made in open court on November 21, 2005, and for the reasons stated at that time, defendant Lily Warren, through undersigned counsel, respectfully requests this Honorable Court to order her transfer, forthwith, from the D.C. Jail to the Correctional Treatment Facility (CTF).

              Respectfully submitted,

              A.J. KRAMER
              FEDERAL PUBLIC DEFENDER

              _____/s/_____
              Lara G. Quint
              Assistant Federal Public Defender
              625 Indiana Avenue, N.W., Ste 550
              Washington, D.C.  20004
              (202)  208-7500