IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | No. 05-621M (AK) | |
| **v.** ) | | |
| ) | | |
| **LILY WARREN** ) | | |
| ) | | |

### ORDER

_____Upon consideration of defendant's unopposed oral motion for transfer, made in open court on November 21, 2005, it is by the Court hereby

**ORDERED** that Ms. Warren shall be transferred forthwith from the D.C. Jail to the Central Treatment Facility (CTF).

_____SO ORDERED.

_____
THE HONORABLE ALAN KAY
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Barry Wiegand, AUSA
Lara G. Quint, AFPD