IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 05-621M (AK) |
| v. | ) | |
| | ) | |
| LILY WARREN | ) | |
| | ) | |

**FILED**

NOV 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of defendant's unopposed oral motion for transfer, made in open court on November 21, 2005, it is by the Court hereby

**ORDERED** that Ms. Warren shall be transferred forthwith from the D.C. Jail to the Central Treatment Facility (CTF).

SO ORDERED.

_____
THE HONORABLE ALAN KAY
UNITED STATES DISTRICT JUDGE

DATE: November 21, 2005

Copies to:
Barry Wiegand, AUSA
Lara G. Quint, AFPD