UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>LILY NELL WARREN<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Mag. No. 05-621 (AK) |

**<u>ORDER</u>**

Upon consideration of defendant's Motion to Dismiss, it is by the Court hereby

ORDERED that defendant's Motion is GRANTED and that the complaint against her is dismissed with prejudice.

_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

DATE:

Copies to:
Angela George, AUSA
Lara G. Quint, AFPD