UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
        Plaintiff, )
     )
v. )   Mag. No. 05-621 (AK)
     )
LILY NELL WARREN )
        Defendant )
     )

### ORDER

Upon consideration of defendant's *unopposed* Motion to Dismiss, it is by the Court hereby

ORDERED that defendant's Motion is GRANTED and that the complaint against her is dismissed with prejudice.

                /s/
            UNITED STATES MAGISTRATE JUDGE

DATE:

Copies to:
Angela George, AUSA
Lara G. Quint, AFPD