**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Mag. No. 05-621 |
| v. : | |
| : | |
| **LILY NELL WARREN** : | |
| : | |
| **Defendant** : | |
| _____ : | |

## **O R D E R**

Pursuant to Local Rule LCrR 57.14(7) and upon consideration of the government's appeal of the Order of the Magistrate Judge dismissing the complaint in this matter with prejudice, it is hereby

ORDERED that the government's appeal is GRANTED; it is further

ORDERED that the January 17, 2006 Order of the Magistrate Judge is vacated; and it is further

ORDERED that the complaint is dismissed without prejudice.

DONE this _____ day of _____, 2006.

_____
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUNMIA