FILED
FEB 16 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LILY NELL WARREN,

Defendant.

Mag. No. 05-621 (AK)

ORDER

Pursuant to LCrR 57.14(7) of the Rules of the United States District Court for the District of Columbia, and upon consideration of the Appeal of the United States of Dismissal with Prejudice, which is unopposed, it is hereby

**ORDERED** that the Government's appeal is **GRANTED**. The dismissal of the complaint "with prejudice" was made in error and contrary to law. Accordingly, it is further

**ORDERED** that the January 17, 2006 Order [#7] is vacated and the complaint is dismissed without prejudice.

**SO ORDERED**.

February 16th, 2006

Thomas F. Hogan
Chief Judge

(N)